JAMES T. O'REILLY, as Receiver in Supplementary Proceedings of JAMES McCORD, Respondent, *v.* GEORGE R. ADAMS et al., Defendants, and RONDOUT SAVINGS BANK, Appellant.

*O'Reilly* v. *Adams*, 163 App. Div. 60, affirmed.
(Argued May 31, 1916; decided June 16, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 10, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The complaint alleged that plaintiff is receiver in supplementary proceedings under a judgment recovered by Casper Michaels against James McCord for $397.55, which was assigned to John D. Eckert; that James McCord had on deposit in the Rondout Savings Bank, from July, 1902, to June, 1910, $400; that the bank refused to pay the amount to the plaintiff after demand. The bank denied that James McCord had on deposit at any time the sum of $400 or any part thereof, and alleges that the account was opened by Maria McCord; that she retained title to the account and possession of the pass book at all times until June, 1910, when the account was closed and the amount due thereon paid to Maria McCord.

*H. H. Flemming* and *De Witt Roosa* for appellant.

*John D. Eckert* and *N. Frank O'Reilly* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.